IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHENG-KOK LIM, | 1:07-cv-01053-AWI-GSA-(PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO |
| vs. | FINDINGS AND RECOMMENDATIONS |
| A. PROULX, et al., | (DOCUMENT #13) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 21, 2008, plaintiff filed a motion to extend time to respond to the Magistrate's findings and recommendations of March 13, 2008. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to respond to the Magistrate's findings and recommendations of March 13, 2008.

IT IS SO ORDERED.

Dated:   **April 3, 2008**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE