IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHENG-KOK LIM, | 1:07-cv-01053 AWI GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT |
| vs. | (DOCUMENT #17) |
| A. PROULX, et al., | THIRTY DAY DEADLINE |
| Defendants. / | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 28, 2008, plaintiff filed a motion to extend time to file a third amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a third amended complaint, pursuant to the court's order of August 5, 2008.

IT IS SO ORDERED.

Dated:   September 4, 2008            /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE